**UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CECIL DUDGEON,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>HENRY RICHARDS,<br><br>　　　　　　　Respondent. | NO. C09-5299 FDB/KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Before the Court is Respondent's Motion for Extension of Time to File an Answer to Petition for Writ of Habeas Corpus. Dkt. 9. The Respondent's answer is presently due on September 3, 2009. Dkt. 10. Petitioner has filed no opposition to Respondent's request for an extension.

Respondent requests an extension of time until October 19, 2009 in which to file his answer to Mr. Dudgeon's habeas petition. Dkt. 9. Although he requested files pertaining to Mr. Dudgeon's case from the Washington state courts on August 13, 2009, Respondent states that he has not yet received any of the files requested from the Washington Court of Appeals or the Washington Supreme Court and he requests additional time to obtain and review the relevant state court record and so that he may prepare his response to the habeas petition. *Id.*, p. 2.

Accordingly, it is **ORDERED:**

1. Respondent's motion for an extension of time (Dkt. 9) is **GRANTED.** Respondent shall file his answer **on or before October 19, 2009.**

2. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this  18th  day of September, 2009.

*Karen L. Strombom* (signature)
Karen L. Strombom
United States Magistrate Judge