# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CECIL DUDGEON,

    Petitioner,

v.

HENRY RICHARDS,

    Respondent.

NO. C09-5299 FDB/KLS

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE REPLY

Before the Court is Petitioner's Motion for a forty-five day extension of time within which to file a reply to Respondent's answer to the petition for habeas corpus. Dkt. 15. Respondent has no objection to a reasonable extension of time for Mr. Dudgeon to file his reply. Dkt. 17.

Accordingly, it is **ORDERED:**

1. Petitioner's motion for an extension of time (Dkt. 15) is **GRANTED.** Petitioner shall file his reply **on or before December 4, 2009.**

2. The Clerk shall **re-note** the petition for habeas corpus (Dkt. 3) for the court's consideration on **December 4, 2009**.

| | |
|---|---|
| 1 | 3. The Clerk shall send copies of this Order to Petitioner and counsel for |
| 2 | Respondent. |
| 3 | |
| 4 | **DATED** this  26th  day of October, 2009. |
| 5 | |
| 6 | |
| 7 | Karen L. Strombom<br>United States Magistrate Judge |